

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| In Re: | § | | ENTERED |
| **Steven Moody** | § | Case No. 11-31770-H1 | 04/20/2016 |
| **Cassandra Moody** | § | Chapter 13 | |
| | § | | |
| Debtors | § | JUDGE MARVIN ISGUR | |

### ORDER DEEMING THE MORTGAGE CURRENT
### AND DIRECTING DEBTOR(S) TO RESUME PAYMENTS

The Court has considered the Trustee's Notice of Final Cure Payment and Motion to Deem Mortgage Current. The Court finds that notice is proper and that the requested relief is proper. Accordingly, it is

**ORDERED THAT:**

1. Based on the Trustee's records, the Debtor has completed all payments to the Trustee required under the confirmed plan in this case to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

STATEBRIDGE CO., LLC

2. The claims of the above-listed creditor(s) are deemed current as of **2/29/2016**. All escrow deficiencies, if any, are deemed cured. All legal fees, inspection fees and other charges imposed by the creditor, if any, are deemed satisfied in full. The creditor shall be solely responsible for any shortfall or failure to respond to the Trustee's notice and motion.

3. The Debtor should begin making direct payments to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

| **Creditor Name & Address** | **Amount** | **Next Payment Due Date** | **Claim #** |
|---|---|---|---|
| **STATEBRIDGE CO., LLC**<br>**5680 GREENWOOD PLAZA BLVD**<br>**STE 100S**<br>**GREENWOOD VILLAGE, CO  80111** | **$877.48** | 03/01/2016 | 8 |

Signed:

April 20, 2016

_____
Marvin Isgur
United States Bankruptcy Judge